UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**GLADYS M. VARGAS-SANTOS, personally and in representation of minor E.T.V.,**

**Plaintiffs,**

**v.**

**SAM'S WEST, INC.; WALMART P.R., INC., d/b/a SAM'S CLUB; WALMART, INC.; and RYSELL RIVERA; et al.,**

**Defendants.**

**CIVIL NO. 20-1641 (GAG)**

## **JUDGMENT**

Pursuant to this Court's Order at Docket No. 41, **JUDGMENT** is hereby entered **DISMISSING** the case.

**SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of October, 2021.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge